# 1134                 123 NEW YORK SUPPLEMENT.

ing by the People of the State of New York against Charles Cleary. No opinion. Judgment and order affirmed.

PEOPLE, Respondent, v. CORNELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Proceeding by the People of the State of New York against Frank M. Cornell. No opinion. Order affirmed. See, also, 65 Misc. Rep. 452, 121 N. Y. Supp. 972.

PEOPLE v. DARRAGH. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceedings by the People of the State of New York against William Darragh. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. DE FORNARO, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Carlo De Fornaro. G. E. Joseph, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed. See, also, 120 N. Y. Supp. 1140.

PEOPLE v. DILLON. SAME v. MORALES. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Proceedings by the People of the State of New York against Edward Dillon and against Carlos Morales. No opinions. Motions granted. Orders filed.

PEOPLE v. GREENBAUM. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against William Greenbaum. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 121 N. Y. Supp. 1142.

PEOPLE v. HOYT. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Adelbert E. Hoyt. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order granted.

PEOPLE, Respondent, v. IDONE, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Proceeding by the People of the State of New York against Frank Idone. Simmons & Harris, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. INGALALA. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Guiseppe Ingalala. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. MATTHEWS & HARRISON, Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York against Matthews & Harrison. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. REARDON. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Timothy Reardon. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Proceeding by the People of the State of New York against Henry Roberts. D. O'Sullivan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. SEWELL. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York against Hubert S. Sewell. PER CURIAM. Appeal dismissed. See, also, 107 N. Y. Supp. 382.

SEWELL, J., not sitting.

PEOPLE, Respondent, v. SMUCKLER, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Isaac Smuckler. G. Hartman, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. SOKOLOWSKI, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Proceeding by the People of the State of New York against Anton Sokolowski. S. Markewich, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed. See, also, 136 App. Div. 942, 121 N. Y. Supp. 1142.

PEOPLE, Respondent, v. SOLLINA, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Proceeding by the People of the State of New York against John Sollina. No opinion. Judgment of conviction affirmed.

PEOPLE v. THOMSON. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Charles B. Thomson. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. WEINBERG, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Proceeding by the People of the State of New York against Samuel Weinberg. J. Frank, for ap-

pellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE, Respondent, v. WIGGINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Proceeding by the People of the State of New York against Sarah A. Wiggins.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground that the evidence does not show that the defendant was the owner of the milk, or furnished or delivered the same to the factory, within the meaning of the statute, and on the further ground that improper evidence was received.

---

PEOPLE v. WOEFEL. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceeding by the People of the State of New York against Henry Woefel. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. WOODS, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Proceeding by the People of the State of New York against Thomas Woods. D. O'Sullivan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE ex rel. ABEL, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Proceeding by the People of the State of New York, on the relation of Joseph Abel against Charles F. Milliken and others. No opinion. Order unanimously affirmed, without costs.

---

PEOPLE ex rel. BUFFALO GAS CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Proceeding by the People of the State of New York, on the relation of the Buffalo Gas Company against the State Board of Tax Commissioners. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 121 N. Y. Supp. 782.

---

PEOPLE ex rel. BUFFALO R. & P. R. CO., Appellant, v. CARMICHAEL et al., Board of Assessors, Respondents. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Proceeding by the People of the State of New York, on the relation of the Buffalo, Rochester & Pittsburg Railway Company, against Alexander D. Carmichael and others, as the Board of Assessors, etc. (tax of 1909). No opinion. Order affirmed, with costs.

---

PEOPLE ex rel. COLLINS v. AHEARN. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Proceeding by the

People of the State of New York, on the relation of James G. Collins, against John F. Ahearn. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 137 App. Div. 260, 121 N. Y. Supp. 966, and 137 App. Div. 265, 121 N. Y. Supp. 970; 122 N. Y. Supp. 1142.

---

PEOPLE ex rel. CONTE v. BERRY, Com'r. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceeding by the People of the State of New York, on the relation of Antonio Conte, against Joseph I. Berry, Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

PEOPLE ex rel. FRAME, Respondent, v. STEELE et al., Village Trustees, Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Proceeding by the People of the State of New York on the relation of Herbert J. Frame, against Emery U. Steele and others, as the Board of Trustees of the Village of Clayton, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. GORMAN, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceeding by the People of the State of New York, on the relation of Bernard J. Gorman, against Rudolph P. Miller, as Superintendent, etc., and others. J. W. Browne, for appellant. T. Connoly and M. C. Fleming, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. GRAVES, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Proceeding by the People of the State of New York, on the relation of Norman K. Graves against Mildred Ford. No opinion. Judgment and order affirmed.

---

PEOPLE ex rel. HANSON v. EDWARDS, Com'r. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Proceeding by the People of the State of New York, on the relation of Jonathan Hanson, against William H. Edwards, as Commissioner. T. Davis, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. INTERBOROUGH RAPID TRANSIT CO. v. WILLIAMS, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Proceeding by the People of the State of New York, on the relation of the Interborough Rapid Transit Company, against Clark Williams, as Comptroller of the State of New York. No opinion. Motion denied. See, also, 123 N. Y. Supp. 137.

---

PEOPLE ex rel. KIRK v. HAYES, Fire Com'r. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Proceeding by the People of the State of New York, on